■ In the Matter of AMY L. BREHM, Appellant, v MARC UHRICH, Respondent. [724 NYS2d 388] —Order unanimously affirmed without costs. Memorandum: Contrary to petitioner's contention, Family Court did not err in dismissing the petition to modify the prior custody order without conducting a hearing (*see, Matter of Wurmlinger v Freer*, 256 AD2d 1069). Petitioner failed to make a sufficient evidentiary showing to warrant a hearing (*see, Matter of Jones v Stone*, 267 AD2d 1054; *David W. v Julia W.*, 158 AD2d 1, 6-7). (Appeal from Order of Erie County Family Court, Figliola, J.H.O.—Custody.) Present— Pigott, Jr., P. J., Pine, Wisner, Hurlbutt and Kehoe, JJ.

■ In the Matter of FRED R. EAMER, Respondent, v LESLIE M. KELLER, Appellant. [724 NYS2d 388] —Order unanimously affirmed without costs. Memorandum: "Family Court's 'determination regarding custody * * * based upon a first-hand assessment of the credibility of the witnesses after an evidentiary hearing, is entitled to great weight and will not be set aside unless it lacks an evidentiary basis in the record' " (*Matter of Stappenbeck v Sitter*, 280 AD2d 908, quoting *Matter of Samuel L. J. v Sherry H.*, 206 AD2d 886, *lv denied* 84 NY2d 810). Here, there is a sound and substantial basis in the record for the court's determination that the best interests of the children would be served by awarding custody to petitioner (*see, Matter of Battaglia v Hopkins,* 280 AD2d 953; *Matter of Seymour v Seymour,* 267 AD2d 1053, *lv denied* 95 NY2d 761). (Appeal from Order of Jefferson County Family Court, Hunt, J.— Custody.) Present—Pigott, Jr., P. J., Pine, Wisner, Hurlbutt and Kehoe, JJ.